■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM OLIVO, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of 22 CHARLES STREET CORP., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of HARRY I. GREENE, Appellant, against PEOPLE OF THE STATE OF NEW YORK et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente and Stevens, JJ.

■ ALL NEW YORK AUTO CORP. et al., Appellants, v. RENAULT, INC., Defendant, and MAGNA MOTORS, INC., Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ JEMMIA MULLEN, Appellant-Respondent, v. RONALD REIS, Appellant, and FIFTH AVENUE COACH LINES, INC., Respondent.— Order unanimously modified, on the law, to the extent of denying the motion for summary judgment as to defendant-appellant Ronald Reis, and, as so modified, affirmed, with $20 costs and disbursements to defendant-appellant Ronald Reis and defendant-respondent Fifth Avenue Coach Lines, Inc. There are present issues of fact in respect of the negligence of said defendant-appellant and the contributory negligence of plaintiff-appellant-respondent. The record raises at least an issue of fact as to whether or not the defendant-appellant backed his car into a line of people boarding a bus, or whether plaintiff walked into the defendant-appellant's car while he was backing up. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of SOL S. H. SABOT, against CITY CIVIL SERVICE COMMISSION et al.— Motion granted insofar as to dispense with the printing in the record on appeal of respondents' exhibits "1" to "12" inclusive on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CLEM C. RANSOM.— Enlargement of time granted. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

## (May 4, 1960)

■ LENORE V. BEAUMONT v. JEAN BEAUMONT.— Motion dismissed as academic as the printing of the exhibit in question has been dispensed with pursuant to a stipulation of the parties, dated April 18, 1960, which has been approved by the Presiding Justice of this court. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.